

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 9, 2021

**BY ECF AND EMAIL**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 9, 2021

Re: *United States v. Francis Tabar-Cepeda*, **S4 17 Cr. 618 (RA)**

Dear Judge Abrams:

Defendant Francis Tabar-Cepeda was arrested on June 28, 2021, and presented before Magistrate Judge Freeman on June 29, 2021. An initial pretrial conference in the above-captioned case is currently scheduled for July 21, 2021, at 11:00 a.m. The Government has begun to produce discovery to counsel for Mr. Tabar-Cepeda and has also begun conversations about a potential pretrial disposition.

The Government respectfully requests that the time between today and July 21, 2021, be excluded in the interest of justice pursuant to the provisions of the Speedy Trial Act so that the defendant can begin to review discovery and the parties can continue to discuss a potential pretrial disposition. Counsel for the defendant consents to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: /s/ Catherine Ghosh
Nicholas Folly / Catherine Ghosh
Assistant United States Attorneys
(212) 637-1060/1114

cc: Richard Rosenberg, Esq.