

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 16, 2021

**BY ECF/EMAIL**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Francis Tabar-Cepeda*, S4 17 Cr. 618 (RA)

Dear Judge Abrams:

    The Government writes, with the consent of defense counsel, to request an adjournment of the discovery deadline and the next status conference in this case, for a period of three weeks. The reason for the request is that the Government is still in the process of loading a large volume of video surveillance footage onto a hard drive for the defense, and will be unable to complete that process by the current discovery deadline of August 18, 2021. The Government therefore requests that the discovery deadline be adjourned until September 8, 2021, and that the conference currently scheduled for September 24, 2021, be adjourned for a period of approximately three weeks.

    In addition to the requests above, the Government also moves for the exclusion of time from September 24, 2021, through the new conference date set by the Court. I have communicated to defense counsel, who consents to all of these requests.

Application granted.  The discovery deadline is adjourned to September 8, 2021.  The conference is adjourned to October 15, 2021 at 9:00 a.m.  Time is excluded until October 15, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161 (h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 16, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:  /s/ Nicholas Folly
    Nicholas Folly / Catherine Ghosh
    Assistant United States Attorneys
    (212) 637-1060/1114

cc:  Defense counsel (via ECF)