**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 10/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

FRANCIS TABAR-CEPEDA,

Defendant.

---

No. 17-CR-618 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

A status conference is scheduled for Thursday October 14, 2021 at 10:30 a.m. To access the proceeding, use the following dial-in information:

Dial-In Number: 888-363-4749

Access Code: 1015508

SO ORDERED.

Dated:   October 14, 2021
         New York, New York

_____
Ronnie Abrams
United States District Judge