# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

November 24, 2021

Hon. Ronnie Abrams
United States District Court
U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

> Application granted. The conference is adjourned to December 14, 2021 at 11:30 a.m. and will be held in person. Time is excluded until December 14, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> November 24, 2021

Re: United States v. Francis Tabar-Cepeda
S4 17 CR. 618 (RA)

Dear Judge Abrams:

With the consent of the Government per Nicholas Folly, Esq., Assistant United States Attorney, I respectfully write to request a continuance of the conference currently set for December 7, 2021. I understand that the Court is available on December 14, 2021 at 11;30 am for an in person appearance. That date and time is also available for counsel.

The continuance will allow time for the defendant to engage in the safety-valve process and for counsel to review a plea agreement with the defendant and prepare for a change of plea on the adjourned date.

Please be advised that if the Court grants this application the defendant hereby waives his rights under the Speedy Trial Act through the adjourned date set by the Court.

Thank you for your consideration to this application.

Respectfully submitted,

Richard H. Rosenberg

cc.: All parties (ECF)