UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

FRANCIS TABAR-CEPEDA,

                  Defendant.

------------------------------------------------------------X

No. S4 17 Cr. 618-13 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On April 14, 2022, this Court imposed a sentence of time served on Francis Tabar-Cepeda (U.S.M #52735-509). It is hereby ORDERED that Defendant should be released from the custody of the United States Marshals Service subject to any warrants and detainers.

SO ORDERED.

Dated:    April 14, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge